The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TIMUR RASHIEL HARRIS,<br><br>    Defendant/Judgment Debtor,<br><br>  and<br><br>BACK TO HEALTH CHIROPRACTIC, LLC,<br><br>    Garnishee. | NO. 2:16-MC-00069-RSL<br><br>(2:10-CR-00010-RSL-4)<br><br>**Continuing Garnishee Order** |

A Writ of Continuing Garnishment, directed to Garnishee, Back to Health Chiropractic, LLC, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Back to Health Chiropractic, LLC (Back to Health) filed its second Amended Answer on March 27, 2017, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Timur Rashiel Harris (Ms. Harris), was an active employee who was paid twice a month.

CONTINUING GARNISHEE ORDER (*USA v. Timur Rashiel Harris & Back to Health Chiropractic, LLC,* Nos. 2:16-MC-00069-RSL / 2:10-CR-00010-RSL-4) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification of the garnishment proceeding was mailed to the parties on or about June 3, 2016, the Defendant/Judgment Debtor has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Back to Health, shall pay to the United States District Court for the Western District of Washington, the non-exempt earnings payable to Defendant/Judgment Debtor Timur Rashiel Harris, upon each period of time when Defendant/Judgment Debtor Harris is entitled to receive such funds, and shall continue said payments, if any, until Defendant/Judgment Debtor Harris' debt is paid in full or until Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to the Defendant/Judgment Debtor or until further order of this Court. This includes all monies required to be previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment;

That such payments shall be applied to Defendant/Judgment Debtor Harris' outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:10-CR-00010-RSL-4 and 2:16-MC-00069-RSL, and to deliver such payment either personally or by First Class Mail to:

//

**CONTINUING GARNISHEE ORDER** (*USA v. Timur Rashiel Harris & Back to Health Chiropractic, LLC,* **Nos. 2:16-MC-00069-RSL / 2:10-CR-00010-RSL-4) - 2**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

1 | United States District Court, Western District of Washington
2 | Attn: Financial Clerk – Lobby Level
3 | 700 Stewart Street
  | Seattle, Washington 98101

Dated this 27th day of June, 2017.

*[signature]*
JUDGE ROBERT S. LASNIK
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

**CONTINUING GARNISHEE ORDER** (*USA v. Timur Rashiel Harris & Back to Health Chiropractic, LLC,* **Nos. 2:16-MC-00069-RSL / 2:10-CR-00010-RSL-4) - 3**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970